[No. 23104–9–I. Division One. April 16, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. EMERY W. FRANCISCO, *Appellant.*

Appeal from a judgment of the Superior Court for Skagit County, No. 88–1–00134–0, Walter J. Deierlein, Jr., J., entered December 30, 1988. *Affirmed* by unpublished opinion per Webster, J., concurred in by Swanson and Winsor, JJ.

[No. 21439–0–I. Division One. April 16, 1990.]

UNITED STATES FIDELITY & GUARANTY COMPANY, *Plaintiff,* UNITED SERVICES AUTOMOBILE ASSOCIATION, ET AL, *Respondents,* v. KELLI J. PATTERSON, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 87–2–05174–9, Arthur E. Piehler, J., entered November 13, 1987. *Affirmed* by unpublished opinion per Webster, J., concurred in by Swanson and Scholfield, JJ.

[No. 23012–3–I. Division One. April 16, 1990.]

DEVIT BILLY STEWARD, *Appellant,* v. JANICE S. JONES, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 82–3–01310–6, John M. Darrah, J., entered September 16, 1988. *Affirmed* by unpublished opinion per Webster, J., concurred in by Grosse, A.C.J., and Forrest, J.